**No. 56229.**—Suit 4683.—United States *v.* The National Sugar Refining Company.— ▋▋▋▋▋▋▋▋ D. 1307 affirmed November 7, 1951. C. A. D. 470.